Daniel R. Edwards, Appellant, vs. The National Bank of the State of Florida, a corporation organized and existing under the laws of the United States, Appellee.

Appeal from Circuit Court, Clay county; Rhydon M. Call, Judge.

E. P. Axtell and J. E. Hartridge, for Appellant.

W. H. Baker, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on praecipe of counsel for appellant and consent of counsel for appellee.